IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MURRAY D. ANDERSON Sr.   )
                         )
in his individual capacity and as Chief Exe )
                         )
cutive Officer Freedmen's International )
(Enter above the full name of the Plaintiff(s) )
                         )
vs.                      )   Case Number_____
                         )
David Toland, Sec DOC State of Kansas )
Name                     )
300 S.W. 10th Ave        )
Street and number        )
Topeka      Kansas      66612 )
City        State      ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.   Parties to this civil action:

   (In item A below, place your name in the first blank and place your present address in the
   second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

   A.   Name of plaintiff  Murray D. Anderson Sr. d/b/a FIBI

        Address  3030 Powell Ave. Suite 215

        Kansas City Kansas 66106

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant David Toland, is employed at Lieutenant Governor and Sec, Dept of Commerc

State of Kansas

C. Additional Defendants Kris Kobach

Attorney General

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
1. Plaintiff is a citizen of the State of Kansas.
2. The first-named defendant above is either
   a. a citizen of the State of Kansas; or
   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of Kansas; or
   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.) Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

      B.    (If applicable)  Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☑ 1.    This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article _____, Section _____;
Statute, US Code, Title __42__, Section __1983__.

☑ 2.    This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.    Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.  State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).  Do not set forth legal arguments.  If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.  Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

The Defendant owed a duty to the Plaintiff to distribute ARPA funds in a non-discriminatory manner and breached this duty, causing harm to the Plaintiff. The Defendent awarded 99% of available ARPA fund to profit and non profit busines owned, controlled and lead by White men and White women.  The Defendent made no effort to create the capacity to fund the $7.9 billion ask from Kansans.

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.  Do not make legal arguments.)

I am petitioning the court to issue an order demanding the State of Kansas to invest $150 million in FIBI to create $7.9bn to the FIBI Public Welfare Investment fund-partnering with FIBI to negotiate a $2.5bn US Treasury guarantee for Fee

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]   No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [X]   No [ ]

VII. Do you claim punitive monetary damages?   Yes [X]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

The FIBI-PWI capital formation strategy is designed to raise not less $2.5 bn in private capital through an Inital Public Offering and fund a national charter with $500 million in capital to raise $5.9bn in bank deposits to build capacity to fund the $7.5bn in ARPA economic revitalization request.   The Defendant ignored the financial merits of the FIBI proposal while denying the Plaintiff rights of "Equal Protection" and Black Kansas $7.9bn in capital and credit.

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐   No ☒

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

I made several request for a meeting with the Sec of Administration State

of Kansas that failed before pursuing litigation. The Defendant has refuse

d to accept every meeting request.

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Murray D Anderson Sr.*
Signature of Plaintiff

Murray D. Anderson Sr.
Name (Print or Type)

3030 Powell Ave. Suite 215
Address

|  |  |  |
|---|---|---|
| Kansas City | Kansas | 66106 |
| City | State | Zip Code |

(913) 314-0934
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita,   ☒ Kansas City, or   ☐ Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

*Murray D Anderson Sr.*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or   ☐ No }
(Select One)

*Murray D Anderson Sr.*
Signature of Plaintiff

Dated: 02/11/2025
(Rev. 10/15)